**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

2012 AUG 31 PM 1:34

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSE LUIS CELAYA,

        Defendant.

CASE NO. 12-CR-03217-JM

BY _____ (deputy)

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

18:2113(a) - Attempted Bank Robbery (Felony)(1)

---

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/30/12

Bernard G. Skomal
U.S. Magistrate Judge